UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Joel Sanchez, Jr.,

        Defendant.
_____/

Case No. 24-cr-20383

Hon. Kimberly G. Altman

## Order on Motion to Proceed with the Plea Hearing via Video Teleconference

Joel Sánchez, Jr., through counsel, moved this Court under Federal Rules of Criminal Procedure 43(b)(2) for permission to allow him to (1) waive his physical appearance at the scheduled plea hearing and (2) allow him to attend the hearing via video teleconferencing. ECF No. 15.

Rule 43(b)(2) allows a defendant to waive physical presence and proceed via video teleconference if the case is a misdemeanor offense. This is a Class A Misdemeanor offense case. Defense counsel represents that the government does not object to Defendant Sánchez's requested relief.

Upon review of the filed motion, the reasons in support, and Defendant Sánchez's written consent via a filed declaration, the Court GRANTS the motion.

1

Defendant Sanchez permitted to waive his physical appearance at the scheduled plea hearing and may appear at the hearing through video teleconferencing.

The Court will provide instructions to the parties on how Defendant Sánchez may appear via video teleconference and will determine if counsel for respective parties will appear in person or also appear via video teleconference.

**SO ORDERED.**

Dated: September 24, 2024        **s/Kimberly G. Altman**
                                 KIMBERLY G. ALTMAN
                                 United States Magistrate Judge